**Salahdine SABREE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5041.

United States Court of Appeals,
Federal Circuit.

Nov. 2, 2010.

Michael D.J. Eisenberg, Law Office of Michael D.J., Washington, DC, for Plaintiff–Appellant.

Renee A. Gerber, Steven J. Abelson, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

### ON MOTION

Salahdine Sabree, having submitted the required appendix. Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's October 1, 2010 dismissal and the mandate be, and the same hereby are vacated and recalled, and the notice of appeal is reinstated.

(2) The appendix is accepted for filing.